UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD WILLIAM SKAGGS, JR.,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | No.  CV-11-0308-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. ECF No. 25. Attorney Donald C. Bell represents Plaintiff; Special Assistant United States Attorney Brett E. Eckelberg represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8. After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' stipulated Motion to Remand, **ECF No. 25,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall:

*   Hold a de novo hearing;
*   Update the treatment evidence on the claimant's medical

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

condition;

* Expressly evaluate the treating, examining, and non-examining medical source opinions in the updated record and explain the reasons for the weight he gives to this opinion evidence;

* Further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations;

* Further consider whether the claimant has past relevant work he could perform with the limitations established by the evidence; and

* Secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base and specifically resolve any conflicts between this testimony and the Dictionary of Occupational Titles in accordance with SSR 00-4p.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 13,** is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED December 4, 2012.

                     S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2