# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

RONALD WILLIAM SKAGGS, JR.   )
                             )
            Plaintiff,       )
                             )          NO.  CV-11-308-CI
        vs.                  )
                             )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,           )          **CIVIL CASE**
Commissioner of Social Security, )
                             )
            Defendant.       )
                             )
_____)

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 4th day of December, 2012.

JAMES R. LARSEN
District Court Executive/Clerk

by: s/Virginia Reisenauer
                    Deputy Clerk

cc: all counsel